JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTE HOUFF,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>FELIPE MARTINEZ, Warden,<br><br>　　　　　Respondent. | Case No. 5:20-cv-00645 SB (AFM)<br><br>**JUDGMENT** |

　　　This matter came before the Court on the Petition of DIONTE HOUFF, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 23, 2020

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE